# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lauren Bell, | Court File No. 23-cv-25 (MJD/DLM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

Pursuant to the Stipulation of the parties (Doc. No. 21), **IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 4, 2024

BY THE COURT:

s/Michael J. Davis
Michael J. Davis
United States District Court